## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| In re | : | **Chapter 11** |
| | : | |
| **VANTAGE DELAWARE HOLDINGS, LLC,** | : | **Case No. 15– _____ (     )** |
| | : | |
| Debtor. | : | |
| | : | |
| No Tax I.D. | : | |
| ------------------------------------------------------------ x | : | |
| | : | |
| In re | : | **Chapter 11** |
| | : | |
| **VANTAGE DEEPWATER DRILLING, INC.,** | : | **Case No. 15– _____ (     )** |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 3668 | : | |
| ------------------------------------------------------------ x | : | |
| | : | |
| In re | : | **Chapter 11** |
| | : | |
| **VANTAGE DRILLER ROCO S.R.L.,** | : | **Case No. 15– _____ (     )** |
| | : | |
| Debtor. | : | |
| | : | |
| No Tax I.D. | : | |
| ------------------------------------------------------------ x | : | |
| | : | |
| In re | : | **Chapter 11** |
| | : | |
| **VANTAGE HOLDINGS CYPRUS ODC LIMITED,** | : | **Case No. 15– _____ (     )** |
| | : | |
| Debtor. | : | |
| | : | |
| No Tax I.D. | : | |
| ------------------------------------------------------------ x | | |

```
-------------------------------------------------- x
                                                   :
In re                                              :      Chapter 11
                                                   :
PT. VANTAGE DRILLING                               :      Case No. 15– _____ (     )
COMPANY INDONESIA,                                 :
                                                   :
                                                   :
           Debtor.                                 :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :      Chapter 11
                                                   :
VANTAGE DRILLING                                   :      Case No. 15– _____ (     )
LABUAN I LTD.,                                     :
                                                   :
                                                   :
           Debtor.                                 :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :      Chapter 11
                                                   :
VANTAGE DRILLING                                   :      Case No. 15– _____ (     )
(MALAYSIA) I SDN. BHD.,                            :
                                                   :
                                                   :
           Debtor.                                 :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :
                                                   :      Chapter 11
VANTAGE DRILLING                                   :
NETHERLANDS B.V.,                                  :      Case No. 15– _____ (     )
                                                   :
                                                   :
           Debtor.                                 :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE HOLDING HUNGARY KFT.,                      :        Case No. 15– _____ (      )
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
OFFSHORE GROUP                                     :        Case No. 15– _____ (      )
INVESTMENT LIMITED,                                :
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
DRAGONQUEST HOLDINGS                               :        Case No. 15– _____ (      )
COMPANY,                                           :
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
EMERALD DRILLER COMPANY,                           :        Case No. 15– _____ (      )
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
P2020 RIG CO.,                                     :        Case No. 15– _____ (    )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
P2021 RIG CO.,                                     :        Case No. 15– _____ (    )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
SAPPHIRE DRILLER COMPANY,                          :        Case No. 15– _____ (    )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE DEEPWATER COMPANY,                         :        Case No. 15– _____ (    )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
```

RLF1 13477411V.1

```
------------------------------------------------- x
                                                  :
In re                                             :        Chapter 11
                                                  :
VANTAGE DRILLER I CO,                             :        Case No. 15– _____ (      )
                                                  :
                Debtor.                           :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
                                                  :
In re                                             :        Chapter 11
                                                  :
VANTAGE DRILLER II CO,                            :        Case No. 15– _____ (      )
                                                  :
                Debtor.                           :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
                                                  :
In re                                             :        Chapter 11
                                                  :
VANTAGE DRILLER III CO,                           :        Case No. 15– _____ (      )
                                                  :
                Debtor.                           :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
                                                  :
In re                                             :        Chapter 11
                                                  :
VANTAGE DRILLER IV CO.,                           :        Case No. 15– _____ (      )
                                                  :
                Debtor.                           :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
```

RLF1 13477411V.1

```
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE DRILLER VI CO.,                            :        Case No. 15– _____ (    )
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE DRILLING AFRICA,                           :        Case No. 15– _____ (    )
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE HOLDINGS                                   :        Case No. 15– _____ (    )
MALAYSIA I CO.,                                     :
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE INTERNATIONAL                             :        Case No. 15– _____ (    )
MANAGEMENT CO.,                                    :
                                                   :
              Debtor.                              :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
```

RLF1 13477411V.1

**MOTION OF DEBTORS FOR**
**ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

Offshore Group Investment Limited and its affiliated debtors in the above-
captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***")
respectfully represent as follows in support of this motion (this "***Motion***"):

**Relief Requested**

1.      Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure
(the "***Bankruptcy Rules***") and Rule 1015–1 of the Local Rules of Bankruptcy Practice and
Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local
Rules***"), the Debtors request entry of an order directing consolidation of their chapter 11 cases
for procedural purposes only.

2.      A proposed form of order granting the relief requested herein is annexed
hereto as **Exhibit A** (the "***Proposed Order***").

**Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.
§§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District
Court for the District of Delaware* dated February 29, 2012.  This is a core proceeding pursuant
to 28 U.S.C. § 157(b) and, pursuant to Local Rule 9013–1(f), the Debtors consent to the entry of
a final order by the Court in connection with this Motion to the extent that it is later determined
that the Court, absent consent of the parties, cannot enter final orders or judgments consistent
with Article III of the United States Constitution.  Venue is proper before this Court pursuant to
28 U.S.C. §§ 1408 and 1409.

RLF1 13477411V.1

**Background**

4.      On the date hereof (the "***Petition Date***"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

5.      Prior to the Petition Date, the Debtors began the solicitation of votes on their *Joint Prepackaged Chapter 11 Plan of Offshore Group Investment Limited and Its Affiliated Debtors* (the "***Prepackaged Plan***"), through their *Disclosure Statement for Joint Chapter 11 Plan of Offshore Group Investment Limited and Its Affiliated Debtors* pursuant to sections 1125 and 1126(b) of the Bankruptcy Code.  The Debtors expect that the Prepackaged Plan will be accepted by all classes entitled to vote in excess of the statutory thresholds specified in section 1126(c) of the Bankruptcy Code.

6.      Additional information regarding the circumstances leading to the commencement of these chapter 11 cases and information regarding the Debtors' business and capital structure is set forth in the *Declaration of Christopher G. DeClaire in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief* (the "***DeClaire Declaration***"), which has been filed contemporaneously herewith.

**Basis for Relief Requested**

7.      Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Section 101(2) of the Bankruptcy Code defines the term "affiliate" to mean:

(A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

> (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

> (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote;

(B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—

> (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

> (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote . . . .

11 U.S.C. § 102(2).  The Debtors are affiliates of one another because Vantage Drilling Company, a non-Debtor, owns or controls, either directly or indirectly, 100% of the outstanding voting securities of each of the Debtors, except PT. Vantage Drilling Company Indonesia, of which Vantage Drilling Company indirectly owns 95% of the outstanding voting securities. Accordingly, this Court is authorized to jointly administer these cases for procedural purposes.

8.      In addition, Local Rule 1015–1 provides, in relevant part, as follows:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration . . . supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in this Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.

Pursuant to Local Rule 1015–1, the Debtors have filed the DeClaire Declaration contemporaneously herewith.  The DeClaire Declaration establishes that the joint administration

of the Debtors' respective estates is warranted and will ease the administrative burden for the Court and parties in interest.

9.      Joint administration of these cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders.  Further, joint administration will relieve the Court of entering duplicative orders and maintaining duplicative files and dockets.  The United States Trustee for the District of Delaware (the "*U.S. Trustee*") and other parties in interest will similarly benefit from joint administration of these chapter 11 cases, sparing them the time and effort of reviewing duplicative pleadings and papers.

10.      Joint administration will not adversely affect creditors' rights because this Motion requests only the administrative consolidation of the estates, and does not seek substantive consolidation.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

11.      As is demonstrated by the corporate structure chart attached to the DeClaire Declaration as **Exhibit 1** thereto, most of the Debtors are direct or indirect subsidiaries of Debtor Offshore Group Investment Limited ("*OGIL*"), and the Debtors that are not currently subsidiaries of OGIL are expected to become subsidiaries of OGIL on the effective date of the Prepackaged Plan.  Accordingly, the Debtors respectfully request that each of the Debtors' chapter 11 cases be administered under a consolidated caption, in the following form:

RLF1 13477411V.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
                                                              :
In re                                                         :      Chapter 11
                                                              :
OFFSHORE GROUP                                                :      Case No. 15– _____ (      )
INVESTMENT LIMITED, et al.,                                   :
                                                              :
              Debtors.¹                                       :      (Jointly Administered)
                                                              :
------------------------------------------------------------- x
```

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc. (3668); Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co.  The Debtors' mailing address is 777 Post Oak Boulevard, Suite 800, Houston, Texas 77056.

12.    The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of  Offshore Group Investment Limited) to reflect the joint administration of these cases:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc.; Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co.  The docket in Case No. 15-_____ (      ) should be consulted for all matters affecting this case.

RLF1 13477411V.1

13.    The request for joint administration of interrelated chapter 11 cases is routinely approved by courts in this jurisdiction under similar circumstances and is generally noncontroversial.  *See, e.g.*, *In re Taylor-Wharton Int'l LLC*, Ch. 11 Case No. 15-12075 (BLS) (Bankr. D. Del. Oct. 13, 2015), Docket No. 50; *In re Am. Apparel, Inc.*, Ch. 11 Case No. 15-12055 (BLS) (Bankr. D. Del. Oct. 6, 2015), Docket No. 65; *In re Samson Res. Corp.*, Ch. 11 Case No. 15-11940 (CSS) (Bankr. D. Del. Sept. 18, 2015), Docket No. 4; *In re Quicksilver Res., Inc.*, Ch. 11 Case No. 15-10585 (LSS) (Bankr. D. Del. Sept. 10, 2015), Docket No. 63.

14.    Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

## Notice

15.    No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.  Notice of this Motion has been provided to (i) the Office of the United States Trustee for the District of Delaware; (ii)  the Debtors' thirty (30) largest unsecured creditors on a consolidated basis; (iii) Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, DC  20036-1564 (Attn: Scott L. Alberino, Esq. and Meng Ru, Esq.) as counsel to Cortland Capital Market Services LLC, (a) as successor administrative agent under that certain Amended and Restated Term Loan Agreement, dated as of October 25, 2012 and amended and restated as of November 22, 2013 and (b) as successor administrative agent under that certain Second Term Loan Agreement, dated as of March 28, 2013; (iv) Arent Fox LLP, 1675 Broadway, New York, New York  10019 (Attn: Andrew I. Silfen, Esq.) as counsel to Wells Fargo Bank, National Association, in its capacity as (a)  indenture trustee and collateral agent for the holders of 7.5% Senior Secured First Lien Notes due 2019 and 7.125% Senior Secured First Lien Notes due 2023, (b) collateral agent for the

lenders under that certain Amended and Restated Term Loan Agreement, dated as of October 25, 2012 and amended and restated as of November 22, 2013, that certain Amended and Restated Credit Agreement, dated as of March 28, 2013, and that certain Second Term Loan Agreement, dated as of March 28, 2013, and (c) Pari Passu Collateral Agent under, and as defined in, that certain Amended and Restated Intercreditor Agreement, dated as of October 25, 2012; (v) Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY  10005 (Attn: Dennis F. Dunne, Esq. and Evan R. Fleck, Esq.) as counsel to the ad hoc committee of secured term loan lenders and secured noteholders; (vi) Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL  60611 (Attn: Richard A. Levy, Esq.) as counsel to the administrative agent under that certain Amended and Restated Credit Agreement, dated as of March 28, 2013; (vii) the Securities and Exchange Commission; (viii) the Internal Revenue Service; (ix) the United States Attorney's Office for the District of Delaware; and (x) any other party entitled to notice pursuant to Local Rule 9013–1(m).

16.    Notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013–1(m).  Based on the urgency of the circumstances surrounding this Motion and the nature of the relief requested herein, the Debtors respectfully submit that no further notice is required.

<u>**No Previous Request**</u>

17.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order

granting the relief requested herein and such other and further relief as the Court may deem just

and appropriate.

Dated:  December 3, 2015
        Wilmington, Delaware

/s/ *Daniel J. DeFranceschi*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Ronit J. Berkovich
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------- x
                                                  :
In re                                             :    Chapter 11
                                                  :
VANTAGE DELAWARE                                  :    Case No. 15– _____ (    )
HOLDINGS, LLC,                                    :
                                                  :
          Debtor.                                 :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
                                                  :
In re                                             :    Chapter 11
                                                  :
VANTAGE DEEPWATER                                 :    Case No. 15– _____ (    )
DRILLING, INC.,                                   :
                                                  :
          Debtor.                                 :
                                                  :
Tax I.D. No. 3668                                  :
------------------------------------------------- x
                                                  :
In re                                             :    Chapter 11
                                                  :
VANTAGE DRILLER                                   :    Case No. 15– _____ (    )
ROCO S.R.L.,                                      :
                                                  :
          Debtor.                                 :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
                                                  :
In re                                             :    Chapter 11
                                                  :
VANTAGE HOLDINGS CYPRUS                           :    Case No. 15– _____ (    )
ODC LIMITED,                                      :
                                                  :
          Debtor.                                 :
                                                  :
No Tax I.D.                                        :
------------------------------------------------- x
```

```
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
PT. VANTAGE DRILLING                             :    Case No. 15– _____ (      )
COMPANY INDONESIA,                               :
                                                 :
              Debtor.                            :
                                                 :
No Tax I.D.                                      :
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
VANTAGE DRILLING                                 :    Case No. 15– _____ (      )
LABUAN I LTD.,                                   :
                                                 :
              Debtor.                            :
                                                 :
No Tax I.D.                                      :
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
VANTAGE DRILLING                                 :    Case No. 15– _____ (      )
(MALAYSIA) I SDN. BHD.,                          :
                                                 :
              Debtor.                            :
                                                 :
No Tax I.D.                                      :
------------------------------------------------ x
                                                 :
In re                                            :
                                                 :    Chapter 11
VANTAGE DRILLING                                 :
NETHERLANDS B.V.,                                :    Case No. 15– _____ (      )
                                                 :
              Debtor.                            :
                                                 :
No Tax I.D.                                      :
------------------------------------------------ x
```

2

```
------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
VANTAGE HOLDING HUNGARY KFT.,                      :        Case No. 15– _____ (    )
                                                   :
          Debtor.                                  :
                                                   :
No Tax I.D.                                         :
------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
OFFSHORE GROUP                                     :        Case No. 15– _____ (    )
INVESTMENT LIMITED,                                :
                                                   :
          Debtor.                                  :
                                                   :
No Tax I.D.                                         :
------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
DRAGONQUEST HOLDINGS                               :        Case No. 15– _____ (    )
COMPANY,                                           :
                                                   :
          Debtor.                                  :
                                                   :
No Tax I.D.                                         :
------------------------------------------------- x
                                                   :
In re                                              :        Chapter 11
                                                   :
EMERALD DRILLER COMPANY,                           :        Case No. 15– _____ (    )
                                                   :
          Debtor.                                  :
                                                   :
No Tax I.D.                                         :
------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 11
                                                   :
P2020 RIG CO.,                                     :    Case No. 15– _____ (     )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 11
                                                   :
P2021 RIG CO.,                                     :    Case No. 15– _____ (     )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 11
                                                   :
SAPPHIRE DRILLER COMPANY,                          :    Case No. 15– _____ (     )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 11
                                                   :
VANTAGE DEEPWATER COMPANY,                         :    Case No. 15– _____ (     )
                                                   :
                    Debtor.                        :
                                                   :
No Tax I.D.                                         :
-------------------------------------------------- x
```

RLF1 13477411V.1

```
----------------------------------------------------- x
                                                       :
In re                                                  :        Chapter 11
                                                       :
VANTAGE DRILLER I CO,                                  :        Case No. 15– _____ (     )
                                                       :
                 Debtor.                               :
                                                       :
No Tax I.D.                                            :
----------------------------------------------------- x
                                                       :
In re                                                  :        Chapter 11
                                                       :
VANTAGE DRILLER II CO,                                 :        Case No. 15– _____ (     )
                                                       :
                 Debtor.                               :
                                                       :
No Tax I.D.                                            :
----------------------------------------------------- x
                                                       :
In re                                                  :        Chapter 11
                                                       :
VANTAGE DRILLER III CO,                                :        Case No. 15– _____ (     )
                                                       :
                 Debtor.                               :
                                                       :
No Tax I.D.                                            :
----------------------------------------------------- x
                                                       :
In re                                                  :        Chapter 11
                                                       :
VANTAGE DRILLER IV CO.,                                :        Case No. 15– _____ (     )
                                                       :
                 Debtor.                               :
                                                       :
No Tax I.D.                                            :
----------------------------------------------------- x
```

RLF1 13477411V.1

```
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
VANTAGE DRILLER VI CO.,                          :    Case No. 15– _____ (     )
                                                 :
          Debtor.                                :
                                                 :
No Tax I.D.                                       :
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
VANTAGE DRILLING AFRICA,                          :    Case No. 15– _____ (     )
                                                 :
          Debtor.                                :
                                                 :
No Tax I.D.                                       :
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
VANTAGE HOLDINGS                                 :    Case No. 15– _____ (     )
MALAYSIA I CO.,                                   :
                                                 :
          Debtor.                                :
                                                 :
No Tax I.D.                                       :
------------------------------------------------ x
                                                 :
In re                                            :    Chapter 11
                                                 :
VANTAGE INTERNATIONAL                            :    Case No. 15– _____ (     )
MANAGEMENT CO.,                                   :
                                                 :
          Debtor.                                :
                                                 :
No Tax I.D.                                       :
------------------------------------------------ x
```

6

**ORDER DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion, dated December 3, 2015 (the "***Motion***"),[1] of Offshore Group

Investment Limited and its affiliated debtors, as debtors and debtors in possession (collectively,

the "***Debtors***"), for an order directing joint administration of their chapter 11 cases pursuant to

Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and Rule

1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "***Local Rules***"), as more fully set forth in the

Motion; and upon consideration of the DeClaire Declaration; and the Court having jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and

the *Amended Standing Order of Reference from the United States District Court for the District*

*of Delaware* dated February 29, 2012; and consideration of the Motion and the requested relief

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having

been provided to the parties listed therein, and it appearing that no other or further notice need be

provided; and the Court having reviewed the Motion; and the Court having held a hearing on the

Motion on December __, 2015; and the Court having determined that the legal and factual bases

set forth in the Motion establish just cause for the relief granted herein; and it appearing that the

relief requested in the Motion is in the best interests of the Debtors and their respective estates

and creditors; and upon all of the proceedings had before the Court and after due deliberation and

sufficient cause appearing therefor,

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The above-captioned chapter 11 cases are consolidated for procedural

purposes only and shall be jointly administered by the Court under Case No. 15-_____ (      ).

3.      Nothing contained in this order shall be deemed or construed as directing

or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4.      The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re                                                        :       **Chapter 11**
                                                             :
**OFFSHORE GROUP**                                           :       **Case No. 15– _____ (      )**
**INVESTMENT LIMITED,** *et al.,*                            :
                                                             :
        **Debtors.**[1]                                      :       **(Jointly Administered)**
                                                             :
------------------------------------------------------------ x

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc. (3668); Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co.  The Debtors' mailing address is 777 Post Oak Boulevard, Suite 800, Houston, Texas 77056.

5.      A docket entry shall be made in each of the above-captioned cases (except

the chapter 11 case of Offshore Group Investment Limited) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire

Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc.; Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co.  The docket in Case No. 15-_____ (      ) should be consulted for all matters affecting this case.

6.      The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2015
      Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

RLF1 13477411V.1